7313.  ROBINSON v. ST. LOUIS COFFIN COMPANY.

BROYLES, J.  1. In the light of the untraversed answer of the trial judge to the petition for certiorari, it does not appear that the judge of the superior court erred in overruling the petition.

2. The question as to the power of a judge of the municipal court of Atlanta to direct a verdict was not raised in this case in either the trial court or the superior court, and, consequently, will not be considered by this court.                              *Judgment affirmed.*

DECIDED SEPTEMBER 21, 1916.   REHEARING DENIED SEPTEMBER 29, 1916.

Certiorari; from Fulton superior court—Judge Ellis.   January 15, 1916.

*Morris Macks*, for plaintiff in error.

*Mayson & Johnson, Alvin L. Richards*, contra.